No. 79-1637. J. P. Stevens & Co., Inc. *v.* National Labor Relations Board et al. C. A. 4th Cir. Certiorari denied.

No. 79-1913. Aaacon Auto Transport, Inc. *v.* Miller. C. A. 5th Cir. Certiorari denied.

No. 79-6724. Shaw *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 79-6751. Jacobs *v.* Rowe, Corrections Director, et al. C. A. 7th Cir. Certiorari denied.

No. 79-6833. Kramarczyk *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.